## MOTION DOCKET

**94–115** and **94–1041.** Horton v. Harwick Chem. Corp. *Montgomery County,* No. 13872. On motion to expedite. Motion granted.

**94–339.** Lewis v. Steinreich. *Summit County,* No. 16203. On motion to dismiss. Motion denied. MOYER, C.J., and WRIGHT, J., dissent.

**94–1484.** State v. Beeman. *Cuyahoga County,* No. 67208. On motion to consolidate case with 94–1483, *State v. Beeman,* Cuyahoga County, No. 67207. Motion granted.

**94–2191.** Wren v. Oliver. In Mandamus. *Sua sponte,* alternative writ granted. DOUGLAS and RESNICK, JJ., would dismiss the cause.

**94–2234.** State v. Thorn. *Coshocton County,* No. 84–CA–17. On motion for leave to file delayed appeal. Motion denied.